UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BASHAN STANTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6434** |
| **N. BURL CAIN, WARDEN OF LSP** | **SECTION "B"(4)** |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____

__XXX__   a certificate of appealability shall not be issued for the following reason(s):
Petitioner fails to show a denial of a constitutional right. See Record Document Number 10.

New Orleans, Louisiana, this __21st__ day of __March__, 2011.

_[signature]_
UNITED STATES DISTRICT JUDGE